IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 DEC -5 PM 3: 47

TOMMY GLYNN EPPERSON,   )
                        )
        Plaintiff,      )
                        )
vs.                     )   CV-01-C-0316-S
                        )
JUDGE ALFRED BAHAKEL, ET AL.,  )
                        )
        Defendants.     )

ENTERED
DEC 5 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a supplemental report and recommendation on November 2, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief may be granted and because plaintiff seeks monetary relief against defendants who are immune from such relief under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the objections thereto and the supplemental report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief may be granted and because plaintiff

14

seeks monetary relief against defendants who are immune from such relief pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 5th day of December, 2001.

_____
U. W. CLEMON
CHIEF U. S. DISTRICT JUDGE